IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:13-cv-00084-BO

| MARIAN S. GIBBONS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| GC SERVICES, LLC; GC SERVICES CORP.; GC SERVICES LIMITED PARTNERSHIP; GC SERVICES INTERNATIONAL, LLC; | ) | |
| Defendants. | ) | |

Upon good cause shown, the Motion for Extension of Time is granted and it is ordered that the time for the Defendants GC Services, LLC, GC Services Corp., GC Services Limited Partnership, and GC Services International, LLC to serve an Answer to Plaintiff's Complaint is extended up to and including April 15, 2013.

IT IS SO ORDERED, this the 15th day of March, 2013.

for JULIE A. RICHARDS, CLERK