CLERK'S OFFICE
UNITED STATES DISTRICT COURT
P.O. BOX 25670
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH, NORTH CAROLINA 27611

OFFICIAL BUSINESS

Marian S. Gibbons
1414 Tumbling Stone Way
Garner, NC 27529

NIXIE        276   FE 1009      0010/04/13
          RETURN TO SENDER
     NOT DELIVERABLE AS ADDRESSED
          UNABLE TO FORWARD

BC: 27611567070        *1248-02163-04-3?

27611@5670

RECEIVED
OCT 08 2013
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# EASTERN DIVISION
# NO. 5:13-CV-00084-BO

| | |
|---|---|
| MARIAN S. GIBBONS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GC SERVICES LLC; GC SERVICES CORP.; )<br>GC SERVICES LIMITED PARTNERSHIP; )<br>GC SERVICES INTERNATIONAL LLC )<br>)<br>Defendants. ) | **ORDER** |

This matter is before the Court on defendants' motions to dismiss [DE 8 and 9] and plaintiff's motion for leave to file amended complaint [DE 23]. The motions are ripe for adjudication. For the reasons stated herein, defendant GC Services Limited Partnership's ("GC") motion to dismiss [DE 8] is GRANTED in part and DENIED in part, and defendants GC Services LLC, GC Services Corp., and GC Services International LLC's motion to dismiss [DE 9] is DENIED as moot. Plaintiff's motion for leave to file amended complaint is DENIED in part and GRANTED in part.

## BACKGROUND

Plaintiff is proceeding in this matter *pro se*. Plaintiff filed her suit on February 4, 2013 against defendants. The allegations of the complaint focus around a single credit report "pull" by "GC Services" on September 8, 2012. The complaint alleges identical allegations as to each defendant and sets forth identical claims as to each under the Fair Credit Reporting Act, 15 U.S.C. § 1681 (2012), the Telephone Consumer Protection Act, 47 U.S.C. § 227, and the North Carolina Debt Collection Act, N.C.G.S.§ 75-50 et seq. On April 15, 2013, GC Services Limited