
RECEIVED
NOV 01 2013
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION
### CIVIL ACTION NO. 5:13-cv-00084-BO

| | |
|---|---|
| MARIAN S GIBBONS ) | |
| ) | |
| Plaintiff, ) | |
| -v- ) | |
| ) | **ORDER** |
| GC SERVICES LLC ) | |
| GC SERVICES CORP ) | |
| GC SERVICES LIMITED PARTNERSHIP ) | |
| GC SERVICES INTERNATIONAL LLC ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER,** is before the Court on request of Plaintiff Marian S. Gibbons for leave to amend the Amended Complaint, which was received by the Court on May 7, 2013, allowed to PROCEED in Judge's ORDER of September 24, 2013, and filed with the Court on October 28, 2013. This Second Amended Complaint adds factual allegations that were discovered after May 7, 2013, corrects and more succinctly restates the allegations and the two allowed Counts.

**IT IS HEREBY ORDERED** that Marian S. Gibbons is granted leave to amend and file said Second Amended Complaint.

This _____ day of _____, 2013.

_____