IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:13-cv-00084-BO

MARIAN S. GIBBONS,

    Plaintiff,

v.

GC SERVICES LIMITED PARTNERSHIP,

    Defendant.

## DEFENDANT'S MOTION FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S AMENDED COMPLAINT

NOW COMES the Defendant GC Services Limited Partnership, by and through counsel, and hereby moves this Court to extend the time to answer the Plaintiff's Amended Complaint in this action fourteen (14) days after the Court rules on Plaintiff's Motion for Leave to File Second Amended Complaint filed October 28, 2013 (Document No. 34).

In support of this Motion, the movant shows unto the Court the following:

1. The Court entered an Order regarding Plaintiff's Motion to Amend Complaint on September 24, 2013 (Docket Entry No. 28) which allowed in part and denied in part the Motion.

2. The plaintiff filed an Amended Complaint on October 23, 2013 (Docket Entry No. 31).

3. The plaintiff subsequently filed a Corrected Amended Complaint with the Court on October 28, 2013 (Docket Entry No. 33) which takes the place of the Amended Complaint.

4. On October 28, 2013, plaintiff filed a Second Motion to Amend Complaint (Docket Entry No. 34).

5. The time for answering the Plaintiff's Corrected Amended Complaint has not expired and

this Motion is timely made.

6. In the interest of judicial economy, the defendant moves to extend the time to answer the Corrected Amended Complaint until fourteen days after the Court rules on the Second Motion to Amend Complaint.

7. Defendant's counsel has consulted with the plaintiff who does not oppose this motion.

**WHEREFORE**, the defendant respectfully requests that the Court grant this Motion For Extension of Time to Answer Plaintiff's Corrected Amended Complaint up to and including fourteen (14) days from the date the Court enters an order resolving the Plaintiff's Motion for Leave to File Second Amended Complaint (Docket Entry No. 34).

This the 6th day of November, 2013.

/s/ Caren D. Enloe
Caren D. Enloe
N.C. State Bar No. 17394
Of MORRIS MANNING & MARTIN, LLP
Post Office Box 12768
Research Triangle Park, NC 27709
Telephone: (919)806-2969
Facsimile: (919)806-2057
cenloe@mmmlaw.com
*Attorneys for Defendant GC Services Limited Partnership*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she served the foregoing document on the following via first class mail, postage prepaid as follows:

Marian S. Gibbons
103 Nostalgia Lane
Zebulon, NC 27597

This the 6th day of November, 2013.

/s/Caren D. Enloe
Caren D. Enloe
Of Morris, Manning & Martin, LLP
NC State Bar No. 17394
PO Box 12768
Research Triangle Park, NC 27709
Telephone: (919)806-2969
Telefacsimile: (919)806-2057
cenloe@mmmlaw.com
*Counsel for Defendant GC Services Limited Partnership*